# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Reynoso, Jacinto  
        Debtor(s)

CHAPTER 13

BKY. NO. 17-10751 AMC

# ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AR1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2824

        Respectfully submitted,

        **/s/Brian C. Nicholas, Esquire**  
        Brian C. Nicholas, Esquire  
        Thomas Puleo, Esquire  
        KML Law Group, P.C.  
        701 Market Street, Suite 5000  
        Philadelphia, PA 19106-1532  
        (215) 825-6306  FAX (215) 825-6406