**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| Jacinto Reynoso | : CHAPTER 13 |
| Debtor | : |
| | : |
| Deutsche Bank National Trust Company | : |
| Movant | : BANKRUPTCY NO.: 17-10751-amc |
| | : |
| v. | : |
| Jacinto Reynoso | : |
| Gregoria E. Reynoso | : |
| Debtors | : |
| | : |

**DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)**

Debtor, by his attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represents that:

1.- 3.    Admitted.

4-10.    Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: August 7, 2017        Respectfully submitted.

/S/ Erik B. Jensen__
Erik B. Jensen, Esq.