# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-10751-AMC

JACINTO REYNOSO

256 SOUTHERN AVENUE

AMBLER, PA 19002

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JACINTO REYNOSO

    256 SOUTHERN AVENUE

    AMBLER, PA 19002

**Counsel for debtor(s), by electronic notice only.**
    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

    /s/ William C. Miller

Date: 8/16/2017

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee