# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jacinto Reynoso,<br><br>                    Debtor | Chapter 13<br><br>Case No.: 17-10751-amc |
| Deutsche Bank National Trust Company, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-AR1,<br>                    Movant,<br>vs.<br>Jacinto Reynoso,<br>Gregoria Reynoso;<br>                    Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>                    Trustee / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on March 20, 2018 with regard to the above matter is APPROVED.

**Date: March 23, 2018**

Hon. Ashely M. Chan, U.S.B.J.

223520-1