# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Jacinto Reynoso<br><br>                       Debtor.<br>Deutsche Bank National Trust Company, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-AR1<br>                       Movant,<br>vs.<br>Jacinto Reynoso,<br>                Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>                Trustee / Respondent. | Chapter 13<br><br>Case No.: 17-10751-amc |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY
## AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY

AND NOW, this __5th__ day of __September__, 20__18__, it is hereby

**ORDERED** that Deutsche Bank National Trust Company, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-AR1 hereby granted relief from the automatic stay provided for by 11 U.S.C. §362, Jacinto Reynoso and under 11 U.S.C. § 1301(c) as to non-filing co-debtor Gregoria Elizabeth Reynoso to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 256 Southern Ave., Ambler, PA 19002;

**ORDERED** that Movant shall be permitted to communicate with the Debtor, non-filing co-Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_____
Hon. Ashley M. Chan, U.S.B.J.

cc:    Matthew C. Waldt, Esquire
        Erik B. Jensen, Esquire
        William C. Miller, Trustee
        Jacinto Reynoso
        Gregoria Elizabeth Reynoso, non-filing co-debtor