United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10751-amc
Jacinto Reynoso                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1            Date Rcvd: Sep 05, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db              +Jacinto Reynoso,    256 Southern Avenue,    Ambler, PA 19002-4815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               et al bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Jacinto  Reynoso akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee et al
               paeb@fedphe.com
              KEVIN M. BUTTERY    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AR1
               bkyefile@rasflaw.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee et al
               paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               et al bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               et al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Jacinto Reynoso<br><br>_____ Debtor.<br>Deutsche Bank National Trust Company, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-AR1<br>    Movant,<br>vs.<br>Jacinto Reynoso,<br>    Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>    Trustee / Respondent. | Chapter 13<br><br>Case No.: 17-10751-amc |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY
AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY**

AND NOW, this  5th  day of  September , 20 18 , it is hereby

**ORDERED** that Deutsche Bank National Trust Company, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-AR1 hereby granted relief from the automatic stay provided for by 11 U.S.C. §362, Jacinto Reynoso and under 11 U.S.C. § 1301(c) as to non-filing co-debtor Gregoria Elizabeth Reynoso to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 256 Southern Ave., Ambler, PA 19002;

**ORDERED** that Movant shall be permitted to communicate with the Debtor, non-filing co-Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_____
Hon. Ashley M. Chan, U.S.B.J.

cc:    Matthew C. Waldt, Esquire
       Erik B. Jensen, Esquire
       William C. Miller, Trustee
       Jacinto Reynoso
       Gregoria Elizabeth Reynoso, non-filing co-debtor