IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**JACINTO REYNOSO**<br><br>Debtors<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2007-2, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2**<br>Movant<br><br>v.<br><br>**JACINTO REYNOSO**<br>**GREGORIA E. REYNOSO (Non-Filing Co-Debtor)**<br>Respondents | BK. No. 17-10751-AMC<br><br>Chapter No. 13<br><br><br><br>11 U.S.C. §362 & §1301 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY AND SECTION 1301 CO-DEBTOR STAY

**AND NOW**, this 6th day of November, 2018, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED:** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301, is granted with respect to, 134 CORNWALL PLACE, COATESVILLE, PA 19320 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2007-2, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court:

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

ERIK B. JENSEN, ESQUIRE
1500 WALNUT STREET, SUITE 1920
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

JACINTO REYNOSO
134 CORNWALL PLACE
COATESVILLE, PA 19320

JACINTO REYNOSO
256 SOUTHERN AVENUE
AMBLER, PA 19002

GREGORIA E. REYNOSO (Non-Filing Co-Mortgagor)
134 CORNWALL PLACE
COATESVILLE, PA 19320