United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10751-amc
Jacinto Reynoso                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1         Date Rcvd: Nov 06, 2018
                      Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db             +Jacinto Reynoso,    256 Southern Avenue,    Ambler, PA 19002-4815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
         et al bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ERIK B. JENSEN    on behalf of Debtor Jacinto  Reynoso akeem@jensenbagnatolaw.com,
         gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee et al
         paeb@fedphe.com
          KEVIN M. BUTTERY    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
         MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AR1
         kbuttery@rascrane.com
          MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee et al
         paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
         et al bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
         mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
         et al paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                          TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:<br>**JACINTO REYNOSO**<br><br>Debtors<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2007-2, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2**<br>Movant<br>v.<br>**JACINTO REYNOSO**<br>**GREGORIA E. REYNOSO (Non-Filing Co-Debtor)**<br>Respondents | BK. No. 17-10751-AMC<br><br>Chapter No. 13<br><br><br><br>11 U.S.C. §362 & §1301 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY AND SECTION 1301 CO-DEBTOR STAY

AND NOW, this 6th day of November, 2018, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED:** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301, is granted with respect to, 134 CORNWALL PLACE, COATESVILLE, PA 19320 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2007-2, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court:

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

ERIK B. JENSEN, ESQUIRE
1500 WALNUT STREET, SUITE 1920
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

JACINTO REYNOSO
134 CORNWALL PLACE
COATESVILLE, PA 19320

JACINTO REYNOSO
256 SOUTHERN AVENUE
AMBLER, PA 19002

GREGORIA E. REYNOSO (Non-Filing Co-Mortgagor)
134 CORNWALL PLACE
COATESVILLE, PA 19320