# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-10751-AMC

JACINTO REYNOSO

256 SOUTHERN AVENUE

AMBLER, PA 19002

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JACINTO REYNOSO

    256 SOUTHERN AVENUE

    AMBLER, PA 19002

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

Date: 10/1/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee