IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
        : Chapter 13
    Jacinto Reynoso  :
        : Bankruptcy No: 17-10751-amc
        Debtor.  :

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED that the Debtor's confirmed plan is modified to reflect that $21,150.00 has been paid to the Trustee. The Debtor's Modified Plan provides for a total base amount of $20,019.00. The Debtor has completed all required monthly trustee payments and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

**Date: September 28, 2021**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE