# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
| --- | --- | --- |
| | : | Chapter 13 |
| Jacinto Reynoso | : | |
| | : | Bankruptcy No: 17-10751-amc |
| Debtor. | : | |

## ORDER

AND NOW, upon consideration of the Motion to Modify Plan After Confirmation, and any responses and exhibits thereto, and after notice and an opportunity to be heard, it is hereby

ORDERED that the Debtor's confirmed plan is modified to reflect that $22,950.00 has been paid to the Trustee. The Debtor's Modified Plan provides for a total base amount of $23,830.25. The Debtor has completed all required monthly trustee payments and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

Dated: _____

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE