United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-10751-amc

Jacinto Reynoso     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jacinto Reynoso, 256 Southern Avenue, Ambler, PA 19002-4815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company As Trustee et al bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ERIK B. JENSEN | on behalf of Debtor Jacinto Reynoso erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com;jeffrey@jensenbagnatolaw.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company As Trustee et al paeb@fedphe.com |
| KEVIN M. BUTTERY | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AR1 cdigianantonio@rascrane.com |
| MARIO J. HANYON | |

District/off: 0313-2                         User: admin                                   Page 2 of 2
Date Rcvd: Sep 28, 2021                   Form ID: pdf900                          Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Deutsche Bank National Trust Company As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTEO SAMUEL WEINER | |
| | on behalf of Creditor Deutsche Bank National Trust Company As Trustee et al bkgroup@kmllawgroup.com |
| MATTHEW CHRISTIAN WALDT | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| THOMAS SONG | |
| | on behalf of Creditor Deutsche Bank National Trust Company As Trustee et al tomysong0@gmail.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
: Chapter 13
Jacinto Reynoso :
: Bankruptcy No: 17-10751-amc
Debtor. :

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED that the Debtor's confirmed plan is modified to reflect that $21,150.00 has been paid to the Trustee. The Debtor's Modified Plan provides for a total base amount of $20,019.00. The Debtor has completed all required monthly trustee payments and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

**Date: September 28, 2021**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE