United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10751-amc |
| Jacinto Reynoso | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jacinto Reynoso, 256 Southern Avenue, Ambler, PA 19002-4815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company As Trustee et al bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ERIK B. JENSEN | on behalf of Debtor Jacinto Reynoso erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com;jeffrey@jensenbagnatolaw.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company As Trustee et al paeb@fedphe.com |
| KEVIN M. BUTTERY | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AR1 cdigianantonio@rascrane.com |
| MARIO J. HANYON | |

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: Sep 30, 2021 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al bkgroup@kmllawgroup.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

THOMAS SONG
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Chapter 13** |
| **Jacinto Reynoso** : | |
| : | **Bankruptcy No: 17-10751-amc** |
| **Debtor.** : | |

# A M E N D E D   O R D E R

AND NOW, upon consideration of the Motion to Modify Plan After Confirmation, and any responses and exhibits thereto, and after notice and an opportunity to be heard, it is hereby

ORDERED that the Debtor's confirmed plan is modified to reflect that $22,950.00 has been paid to the Trustee. The Debtor's Modified Plan provides for a total base amount of $23,830.25. The Debtor has completed all required monthly trustee payments and the Modified Plan attached ~~hereto~~ to the Motion as Exhibit "A" shall be the new plan.

Dated: _____      _____
**Date: September 30, 2021**      HONORABLE ASHELY M. CHAN
            UNITED STATES BANKRUPTCY JUDGE