**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

    Jacinto Reynoso

          Debtor(s).

13

Bky No. 17-10751-amc

**ORDER**

    **AND NOW,** upon consideration of **SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN** submitted by Jensen Bagnato, P.C.**,** counsel for debtor(s) and after notice it is hereby

    **ORDERED** that counsel fees in the amount $750.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

**Date: April 19, 2022**

**CC:**    **Jensen Bagnato, P.C.**
        **Erik Jensen, Esquire**
        **1500 Walnut Street**
        **Suite 1510**
        **Philadelphia, PA  19102**

        Kenneth E. West,
        Chapter 13 Standing Trustee
        P.O. Box 40837
        Philadelphia, PA 19107