United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-10751-amc

Jacinto Reynoso     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Apr 18, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jacinto Reynoso, 256 Southern Avenue, Ambler, PA 19002-4815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ERIK B. JENSEN | on behalf of Debtor Jacinto Reynoso erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AR1 cdigianantonio@rascrane.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

MARIO J. HANYON
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al bkgroup@kmllawgroup.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

THOMAS SONG
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

April 18, 2022

To: **Erik Jensen, Esq.**

In re: **Jacinto Reynoso**
Bankruptcy No. **17-10751 amc**
Adversary No.
Chapter **13**

Re #120 Supplemental Application for Compensation of Counsel Fees

The above pleading was filed in this office on **3/31/2022**. Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

| | |
|---|---|
| ( ) | Affidavit |
| ( ) | Certificate of Service |
| (**XX**) | Certification of no response |
| ( ) | Notice pursuant to Rule 9019 |
| ( ) | Notice pursuant to Rule 2002 |
| ( ) | Notice pursuant to Rule 3007.1 |
| ( ) | Proof of Claim number not noted on objection pursuant to Rule 3007.1(a) |
| ( ) | Proposed Order |
| ( ) | Stipulation |
| ( ) | Certification of Default |
| ( ) | Other |

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: Y. Woods
Deputy Clerk

status.frm
(rev. 11/26/2018)