United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-10751-amc

Jacinto Reynoso  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Aug 08, 2022 | Form ID: 206 | Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacinto Reynoso, 256 Southern Avenue, Ambler, PA 19002-4815 |
| 13860709 | + | Bofifedbk/hrbmrld/atlc, 1 H And R Block Way, Kansas City, MO 64105-1905 |
| 13881367 | + | Deutsche Bank National Trust Company, c/o Brian C. Nichols, Esquire, KML Law Group, P.C., 701 Market Street, Suite 50000, Phila., PA 19106-1541 |
| 13955946 | + | Matthew C. Waldt, Esquire, Milstead & Associates, LLC, Atty for Merrill Lynch Mortgage, 1 East Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 08 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 08 2022 23:58:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 08 2022 23:58:00 | Deutsche Bank National Trust Company, as Trustee f, Deutsche Bank National Trust Company, as, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Aug 08 2022 23:58:00 | Nationstar Mortgage, LLC, Aldridge Pite, LLP, 4375 Jutland Dr., Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2022 00:02:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13860708 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 08 2022 23:58:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 13860710 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2022 00:02:37 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13899960 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 08 2022 23:58:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13860711 | + | Email/Text: csd1clientservices@cboflanc.com | Aug 08 2022 23:58:00 | Cb Lancaster, 218 West Orange St, Lancaster, PA 17603-3746 |
| 13860712 | | Email/Text: BNSFN@capitalsvcs.com | Aug 08 2022 23:58:00 | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104 |
| 13915052 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2022 00:02:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 17-10751-amc   Doc 135   Filed 08/10/22   Entered 08/11/22 00:28:39   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 08, 2022 | Form ID: 206 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13860713 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Aug 09 2022 00:02:37 | | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 13860714 | + | Email/Text: bankruptcydpt@mcmcg.com Aug 08 2022 23:58:00 | | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 13921035 | + | Email/Text: bankruptcydpt@mcmcg.com Aug 08 2022 23:58:00 | | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13860715 | + | Email/Text: BKEBN-Notifications@ocwen.com Aug 08 2022 23:58:00 | | Ocwen Loan Servicing L, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 13947061 | | Email/Text: BKEBN-Notifications@ocwen.com Aug 08 2022 23:58:00 | | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 13929220 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2022 00:02:42 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13869978 | + | Email/PDF: rmscedi@recoverycorp.com Aug 09 2022 00:02:39 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13860716 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2022 00:02:43 | | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14215911 | + | Email/Text: bncmail@w-legal.com Aug 08 2022 23:58:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13860717 | + | Email/Text: bankruptcy@sw-credit.com Aug 08 2022 23:58:00 | | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 13860718 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com Aug 08 2022 23:58:00 | | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13931613 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com Aug 08 2022 23:58:00 | | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13914599 | + | Email/PDF: ebn_ais@aisinfo.com Aug 09 2022 00:02:39 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13860719 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 08 2022 23:58:00 | | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2022         Signature:        /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 08, 2022 | Form ID: 206 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BERNADETTE IRACE | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY birace@milsteadlaw.com  bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ERIK B. JENSEN | on behalf of Debtor Jacinto Reynoso erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AR1 cdigianantonio@rascrane.com |
| MARIO J. HANYON | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al bkgroup@kmllawgroup.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com |
| THOMAS SONG | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee et al tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Jacinto Reynoso                                    Case No: 17−10751−amc

    Debtor(s)

_____

NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 8/8/22

For The Court

Timothy B. McGrath
Clerk of Court

134
Form 206